**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:  CASE NO. 18-11466-LMI
  CHAPTER 13

Ana M. Gomez

Debtor._____/

**MOTION TO MODIFY PLAN**

**COMES NOW**, the Debtor, Ana M. Gomez, and by and through the undersigned attorney files this Motion to Modify Plan and states as follows:

1) Debtor filed a petition for Chapter 13 Bankruptcy on February 8, 2018.

2) Debtor's Chapter 13 Plan was confirmed on September 18, 2018.

3) Debtor was dismissed on January 22, 2020 for failure to remain current with Plan payments and has filed a separate Motion to Reinstate Case.

4) Debtor is seeking to modify the Plan to conform to Notice of Payment Change #2-1 filed by Caliber Home Loans, Inc.

**WHEREFORE**, the Debtor, Ana M. Gomez, respectfully requests this Motion to Modify Plan be GRANTED.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in the Court set forth in Local Rule 2090-1 (A).

*Respectfully submitted,*

Law Offices of Patrick L. Cordero, P.A.
Attorney for Debtor
7333 Coral Way
Miami, Florida 33155
Tel: (305) 445-4855

/s/ (FILED ECF)
Miriam Marenco, Esq.
FL Bar No. 86115