**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:                                                                                    CASE NO. **18-11466-LMI**
                                                                                            CHAPTER 13

Ana Gomez

Debtor._____/

## NOTICE OF COMPLIANCE BY ATTORNEY FOR DEBTOR WITH LOCAL RULE 2083-1(B) CLAIMS REVIEW REQUIREMENT

The undersigned attorney for Debtor certifies that a review of the claims register and all claims filed in the above referenced case has been completed in accordance with Local Rule 2083-1(B) and that:

1) ■ No further action is necessary.

2) ☐ The following actions have been taken:

   ☐ The debtor has filed an objection to proof of claim _____.

   ☐ The debtor has filed a _____ Plan to provide for the proof of claim filed by _____.

   ☐ Other:_____.

A copy of this Notice of Compliance was served on the Chapter 13 Trustee via the NEC and the Debtor via U.S. Mail on May 11, 2020.

                                                                        Respectfully submitted,

                                                                        Law Offices of Patrick L. Cordero, P.A.
                                                                        Attorney for Debtor
                                                                        7333 Coral Way
                                                                        Miami, Florida 33155
                                                                        Tel: (305) 445-4855

                                                                        ___/s/ (FILED ECF)_____
                                                                        Miriam Marenco, Esq.
                                                                        FL Bar No. 86115